**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

HOKTEMBER SRAPYAN,

Petitioner,

v.

DAVID J. VENTURELLA. Acting Director, U.S. Immigration and Customs Enforcement;
MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, U.S. Attorney General; and
DOE 1, Adelanto ICE Processing Center,

Respondents.

Case No. 5:26-cv-04849-JWH-PD

**STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**

A# 203-598-340

In accordance with the stipulation between the parties,[1] good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241,[2] is **GRANTED**.

2. Judgment shall be entered consistent with the reasons and findings set forth in this Court's September 3, 2026, order granting a preliminary injunction.[3]

**IT IS SO ORDERED.**

Dated: November 5, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Not. of Proposed J. [ECF No. 15].

[2] Pet. of Writ of Habeas Corpus [ECF No. 1].

[3] Ord. Granting Petitioner's *Ex Parte* Appl. for Temporary Restraining Ord. [ECF No. 13].