JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

HOKTEMBER SRAPYAN,

Petitioner,

v.

DAVID J. VENTURELLA. Acting Director, U.S. Immigration and Customs Enforcement;
MARCOS CHARLES, Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, U.S. Attorney General; and
DOE 1, Adelanto ICE Processing Center,

Respondents.

Case No. 5:26-cv-04849-JWH-PD

**JUDGMENT**

A# 203-598-340

Pursuant to the "Stipulated Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the petition under 28 U.S.C. § 2241 is **GRANTED**, with no further proceedings, consistent with the reasons and findings set forth in this Court's September 3, 2026, order granting a preliminary injunction.[1]

**IT IS SO ORDERED.**

Dated: November 5, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

[1] Ord. Granting Petitioner's *Ex Parte* Appl. for Temporary Restraining Ord. [ECF No. 13].